**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80294

RICHARD P. MATSCH  (303) 844-4627
SENIOR DISTRICT JUDGE  FAX (303) 335-2311

August 8, 2006

## MEMORANDUM

TO:     Greg Langham, Clerk
        s/rpm
FROM:   Judge Matsch

RE:     Civil Action No. 06-cr-00312-RPM
                U.S. v. Evaristo Matias-Medina

I am no longer in the criminal draw and therefore request that this case be reassigned.

RPM/vw